Brian Blankenship, Esq.
Nevada Bar No. 011522
Scott E. Lundy, Esq.
Nevada Bar No. 014235
Vanessa M. Turley, Esq.
Nevada Bar No. 014635
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
brian@claggettlaw.com
scott@claggettlaw.com
vanessa@claggettlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE T. JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY d/b/a AAA, a California Entity; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00765-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO SUBMIT HER RESPONSE TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 6)**<br><br>**(FIRST REQUEST)** |

Plaintiff, BONNIE T. JOHNSON, by and through her counsel of record, CLAGGETT & SYKES LAW FIRM, and Defendant, CSAA GENERAL INSURANCE COMPANY, by and through its counsel of record, MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP, hereby stipulate and agree that the deadline for Plaintiff to submit her opposition to Defendant's

- 1 -

Motion to Dismiss (ECF No. 6) shall be extended from June 6, 2023, to **June 20, 2023**, with Defendant's reply due **July 11, 2023**. Defendant filed its motion to dismiss on May 23, 2023.

The parties request these brief extensions to accommodate counsels' schedules and to allow the parties time to prepare and submit all outstanding briefing.

This request is made in good faith and not for puposes of delay.

DATED this 1st day of June 2023.  DATED this 1st day of June 2023.

CLAGGETT & SYKES LAW FIRM  MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

/s/ Brian Blankenship  /s/ Renee M. Maxfield

Brian Blankenship, Esq.  Renee M. Maxfield, Esq.
Nevada Bar No. 11522  Nevada Bar No. 12814
*Attorneys for Plaintiff*  *Attorneys for Defendant*

### ORDER

IT IS SO ORDERED June 2, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -