1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Renee M. Maxfield
   Nevada Bar No. 12814
3    *renee.maxfield@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
4  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
5  Facsimile:    (702) 949-1101

6  *Attorneys for Defendant CSAA General Insurance Company dba AAA*

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

| | |
|---|---|
| 11  BONNIE T. JOHNSON, an individual, | Case No.: 2:23-cv-00765-JCM-EJY |
| 12         Plaintiff, | **STIPULATION AND ORDER TO DISMISS FIRST, THIRD, AND FOURTH CLAIMS FOR RELIEF AND REMAND** |
| 13         v. | |
| 14  CSAA GENERAL INSURANCE COMPANY dba AAA, a California Entity; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive, | |
| 15 | |
| 16 | |
| 17         Defendants. | |

18         This Stipulation is entered into by and between Plaintiff BONNIE T. JOHNSON (hereinafter

19  "Plaintiff") and Defendant CSAA GENERAL INSURANCE COMPANY d/b/a AAA (hereinafter

20  "Defendant"), by and through their respective counsel of record.

21         Since the time of the Notice of Removal, the parties have agreed that Plaintiff's First, Third,

22  and Fourth Claims for Relief will be dismissed without prejudice.  The parties request the Court

23  enter an Order dismissing without prejudice the above-mentioned claims.  The parties further

24  stipulate that due to Plaintiff's voluntary dismissal of the First, Third, and Fourth Claims for Relief,

25  Defendant's Motion to Dismiss (Doc. 6) is hereby rendered moot and withdrawn.

26         The parties, by and through their respective counsel of record, further stipulate that this

27  matter will be remanded to the Eighth Judicial District Court of the County of Clark, Nevada.

28  Plaintiff and Defendant further agree and stipulate that Plaintiff will pursue her Second Claim for

Relief for policy benefits in State Court and this matter should be remanded to the jurisdiction of the State Court from which it originated.

The parties, by the undersigned counsel for each party, agree that this Stipulation may be signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

IT IS SO STIPULATED.

| Dated: June 16, 2023 | Dated: June 16, 2023 |
|---|---|
| CLAGGETT & SYKES LAW FIRM | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| By: */s/ Brian Blankenship* <br> BRIAN BLANKENSHIP, ESQ. <br> Nevada Bar No. 11522 <br> SCOTT E. LUNDY, ESQ. <br> Nevada Bar No. 14235 <br> VANESSA M. TURLEY, ESQ. <br> Nevada Bar No. 14635 <br> 4101 Meadows Lane, Suite 100 <br> Las Vegas, Nevada 89107 <br> *Attorneys for Plaintiff* | By: */s/ Renee Maxfield* <br> RENEE M. MAXFIELD, ESQ. <br> Nevada Bar No. 12814 <br> 8337 West Sunset Road, Suite 350 <br> Las Vegas, Nevada 89113 <br> *Attorneys for Defendant* |

### **ORDER**

Having considered the Stipulation to Dismiss Plaintiff's First, Third, and Fourth Claims for Relief without prejudice, and to Remand this matter to the jurisdiction of the State Court from which it originated, and GOOD CAUSE appearing therefore, it is hereby ORDERED that Plaintiff's First, Third, and Fourth Claims for Relief are DISMISSED without prejudice and, accordingly, Defendant's Motion to Dismiss (Doc. 6) is moot and withdrawn. It is further ORDERED that this action is REMANDED in its entirety to the jurisdiction of the State Court form which it originated.

IT IS SO ORDERED.

DATED June 21, 2023.

By _____
UNITED STATES DISTRICT JUDGE

9177823.1